RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 2 1 2026

DANIEL J. McCOY, CLERK

BY:_____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

BIANCA SOPHUS,

      Defendant

_____/

18 U.S.C. § 111(a)(1)

6:26-cr-00020-01
Judge Joseph
Magistrate Judge Ayo

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### Forcible Assault of a Federal Officer
18 U.S.C. § 111(a)(1)

On or about December 2, 2025, in the Western District of Louisiana, the defendant,

**BIANCA SOPHUS,**

did forcibly assault, intimidate, and interfere with L.B., an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Postal Service, while L.B. was engaged in and on account of the performance of her official duties, and in the commission of the offense, did make physical contact with L.B., in violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

THOMAS JOHNSON
ASSISTANT UNITED STATES ATTORNEY

1