**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 4:03 p.m.** on **Wednesday, January 21, 2026**, and adjourned at **4:11 p.m.**

PRESENT:    Carol B. Whitehurst, Magistrate Judge, Presiding
Paula Jordan, Minute Clerk
Recorded: Liberty Court Recorder 6
Time in Court: 8 minutes

### GRAND JURY REPORT

  X   Final Report
  X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

#### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:26-CR-00013-01*** | X | |
| 2:26-CR-00016-01*** | X | |
| 2:26-CR-00016-02 | X | |
| 1:26-CR-00017-01*** | X | |
| 1:26-CR-00019-01 | X | |
| 6:26-CR-00020-01 | | X |
| 6:26-CR-00021-01*** | X | |
| 6:26-CR-00022-01* | X | |
| 6:26-CR-00024-01*** | X | |
| 2:26-CR-00025-01*** | X | |

#### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-CR-00014-01 | X | |
| 1:26-CR-00015-01 | X | |
| 1:26-CR-00018-01 | X | |
| 6:26-CR-00023-01 | X | |
| 6:26-CR-00026-01*** | X | |
| 6:26-CR-00027-01 | X | |
| 6:26-CR-00027-02 | X | |
| 6:26-CR-00027-03 | X | |
| 6:26-CR-00027-04 | X | |
| 6:26-CR-00027-05 | X | |
| 6:26-CR-00027-06 | X | |
| 6:26-CR-00027-07*** | X | |
| 6:26-CR-00027-08*** | X | |
| 6:26-CR-00027-09 | X | |
| 6:26-CR-00027-10*** | X | |
| 6:26-CR-00027-11 | X | |

  X  Warrants/summons ordered issued as indicated.
  *  In Federal Custody
 **  Superseding Indictment
*** State Custody