**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00020-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BIANCA SOPHUS (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**Initial Appearance \ Arraignment**

| | | | |
|---|---|---|---|
| Date: | Feb 24, 2026 | Presiding: Magistrate Judge David J. Ayo | |
| Court Opened: | 10:00 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 10:11 AM | Court Reporter: | LCR |
| Statistical Time: | 00:11 | Courtroom: | CR7 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| | | |
|---|---|---|
| Thomas Johnson (AUSA) | For | United States of America |
| Dwazendra Smith (CJA) | For | Bianca Sophus (01) Defendant |
| Bianca Sophus (01) Defendant | | |

**PROCEEDINGS**

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON: Indictment**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Indictment**
Defendant Sworn
Waiver of formal reading of indictment

Plea Entered: Not Guilty To Count(s) 1
Arraignment Held

**NEXT:**
Telephone Scheduling Conference set for 2/27/2026 at 10:00 a.m., before Magistrate Judge David J. Ayo. Counsel shall call in to the conference by dialing the Magistrate Judge's specified conference number.

**CUSTODY STATUS:**
The government is not moving for detention. The defendant is released on unsupervised release with specific conditions stated on the record following processing by the US Marshals.

Bond Set: $15,000 Unsecured Appearance Bond signed (AO98)
Order setting conditions of release signed (Modified AO199)

**FILINGS:**
Request for Appointment of Counsel
Financial Affidavit
Order Appointing Counsel
Order Appointing CJA Panel Attorney
Due Process Protections Act Order
Appearance Bond (AO98)
Order Setting Conditions of Release (Modified AO199)